CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

---

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

v

EMORY BUTLER

---

POLICE OFFICER ZACHARY E CACHIA SHIELD NO. 12044, OF 075 COMMAND SAYS THAT ON OR ABOUT DECEMBER 05,2024 AT APPROXIMATELY 09:52 P.M. IN THE VICINITY OF 385 MONTAUK AVENUE, COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 145.00(1)        CRIMINAL MISCHIEF IN THE FOURTH DEGREE
PL 195.05(01)       OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE
                    SECOND DEGREE

IN THAT THE DEFENDANT DID:

HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT THE DEFENDANT HAD SUCH RIGHT, INTENTIONALLY DAMAGE PROPERTY OF ANOTHER PERSON; INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENT OR ATTEMPT TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER CIRCUMSTANCES EVINCING THE DEFENDANT'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT IS INFORMED BY POLICE OFFICER ANTHONY VARRONE, SHIELD 15385 OF THE 75TH COMMAND, THAT AT THE ABOVE TIME AND LOCATION, THE DEFENDANT BUMPED INTO OFFICER VARRONE, AND THAT THE DEFENDANT GRABBED OFFICER VARRONE'S CAMERA, CAUSING A PIECE OF THE CAMERA TO COME OFF, AND THAT OFFICER VARRONE WAS IN FULL POLICE UNIFORM AT THE ABOVE-MENTIONED TIME.

DEPONENT STATES THAT AS A NEW YORK CITY POLICE OFFICER, THE DEPONENT IS THE CUSTODIAN OF THE ABOVE-MENTIONED BODY WORN CAMERA, AND THAT THE DEFENDNAT HAD NEITHER PERMISSION NOR AUTHORITY TO DAMAGE THE ABOVE-MENTIONED CAMERA.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

12/6/24
DATE                    SIGNATURE



**OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY**

RENAISSANCE PLAZA at 350 JAY STREET
BROOKLYN, N.Y. 11201-2908
(718) 250-2000

**ERIC GONZALEZ**
*District Attorney*

THE PEOPLE OF THE STATE OF NEW YORK
　　　　　　　　　　　　　- against -
**BUTLER, EMORY**　　　　　　　K24672134　　　　　　　　　　**NOTICE PURSUANT TO CPL 710.30(1)(a)**

　　　　　　　　　　　　　Defendant(s)

　　　Please take notice that statements in the form noted below were made by the defendant or by a co-defendant a co-defendant to a public servant engaged in law enforcement activity or to a person then acting under the direction of or in cooperation with such a public servant. Please take further notice that the People intend to offer evidence of the below statement(s) of the defendant(s) on the People's direct case at trial of this action. Any recording, transcription, or memorialization of the statements below, if such exist, will be provided pursuant to CPL § 710.30(1)(a) and CPL 245.

**BUTLER, EMORY**

　　Form of Statement  Oral　　　　　Date and Time  12/05/24 22:06　　Place  385 MONTAUK AVE
　　To Whom Made　　ELIOT BETTS, shield:21390, CMD:75　　Tape No. 1395800
　　Substance of above statement:
DEFT STATED, IN SUM AND SUBSTANCE, CALL MY MOTHER CALLL SOMEBODY. I'M GOING TO PASS OUT...(SEE BWC)

**BUTLER, EMORY**

　　Form of Statement  Oral　　　　　Date and Time  12/05/24 21:51　　Place  385 MONTAUK AVE
　　To Whom Made　　ANTHONY VARRONE, shield:15385, CMD:075　　Tape No. 1395811
　　Substance of above statement:
DEFT STATED, IN SUM AND SUBSTANCE, AS LONG AS I KNOW I'M GOOD... ARE YOU GOING TO MOVE FASTER?...NO YOU'RE NOT. DON'T TOUCH ME. LOOK. STOP TOUCHING ME., GET OFF OF ME. THEY'RE BEATING ME UP AGAIN. HELP! HELP! GET OFF OF ME. (SEE BWC)

Arrest Number:　K24672134

I.  PLEASE TAKE NOTICE that, pursuant to Criminal Procedure Law §250.20, the District Attorney hereby demands that if the defendant intends to offer a trial defense that at the time of the commission of the crime charged the defendant was at some place or places other than the scene of the crime, and to call witnesses in support of such a defense the defendant must, within eight days of service of the demand, serve upon the people and file a copy thereof with the court, a "notice of alibi," reciting (a) the place or places where the defendant claims to have been at the time in question, and (b) the names, the residential addresses, the places of employment and the addresses thereof of every such alibi witness upon whom the defendant intends to rely.

II. PLEASE TAKE NOTICE that pursuant to CPL article 255, the defendant must make all pre-trial motions generally within forty-five days after arraignment and before commencement of trial. Upon expiration of the applicable period within which defendant must make pre-trial motions, the People will move the court to preclude any pre-trial motions made thereafter.

-3-

ECAB-22A

# Fingerprint Response Summary

NYSID: 16457165Z    ORI: NY0303075    NYCPD PCT 075

| | | |
|---|---|---|
| **NYSID:** 16457165Z | **FBI Number:** CR5CKHLNC | **Current Transaction Name:** EMORY BUTLER |
| **Fax Number:** K57347 | **Current Arrest Number:** K24672134 | **DOB:** September 25, 1989 |
| **Probation Client ID#:** | **III Status:** Criminal record in NYS only | |

## ● Alerts

\* See **Additional Information** at the bottom of this response for more banners pertaining to the criminal history

## ● New York State Arrest/Conviction/Warrant Information

**Total Arrests:** 2    **Date of Earliest Arrest:** September 13, 2024    **Latest Prior Arrest Date:** September 13, 2024

| Total Arrests: | 2 | Total Arraigned Arrests: | 1 | Total Open Cases: | 2 | Cycles (max 5) |
|---|---|---|---|---|---|---|
| Felony: | 1 | Felony: | 0 | Felony: | 1 | 2 |
|   Violent Felony: | 0 |   Violent Felony: | 0 | Violent Felony: | 0 | |
|   Firearm: | 0 |   Firearm: | 0 | Misdemeanor: | 1 | 1 |
| Misdemeanor: | 1 | Misdemeanor: | 1 | Other: | 0 | |
| Other: | 0 | Other: | 0 | Open ACD: | 0 | |
| | | | | Non Docketed Cases: | 1 | 2 |

| Total Convictions: | 0 | Cycles (max 5) | Warrant Information: | | Cycles (max 5) | DOC Classification: | | Cycles (max 5) |
|---|---|---|---|---|---|---|---|---|
| Felony: | 0 | | Failure to Appear Counts: | 0 | | Escape Charges: | 0 | |
| Violent Felony: | 0 | | Total Open: | 0 | | Sex Offender Convictions: | 0 | |
| Firearm: | 0 | | Active NYC: | 0 | | Probation Revoc: | 0 | |
| Misdemeanor: | 0 | | | | | Parole Revoc: | 0 | |
| Other: | 0 | | | | | | | |
| YO Adjud.: | 0 | | | | | | | |

**NOTE:** Summary Information may not reflect official actions. DCJS strongly urges the recipient to review the enclosed criminal history record information.

## ● Identification Information



**Name:**
EMORY BUTLER
**Date of Birth:**
September 25, 1989

EMORY BULTER

| Sex: | Race: | Ethnicity: | Skin Tone: |
|---|---|---|---|
| Male | Black | Not Hispanic | Medium / Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** |
| Unknown | Black | 5' 11" | 190 |

**SSN:**
**Place of Birth:**
New York    Unknown

Cycle 1
Arrest Date September 13, 2024

**Latest Arrests(Max 10):**

| Arrest Date | Name | Date of Birth | Address |
|---|---|---|---|
| December 05, 2024 | EMORY BUTLER | September 25, 1989 | 196 AMBOY ST, BROOKLYN, NY 11212 |
| September 13, 2024 | EMORY BULTER | September 25, 1989 | 196 AMBOY STREET, BROOKLYN, NY |

# Fingerprint Response

ORI: NY0303075
NYCPD PCT 075
NYSID: 16457165Z

Identification   Summary   Criminal History   Job/License   Wanted   Missing

## ⊙ Transaction Data



| | |
|---|---|
| Name: | EMORY BUTLER |
| Transaction ID: | 40242876 |
| Agency ORI: | NY0303075 |
| SSN: | |
| Type of Submission: | **ARREST** |
| Date Fingerprinted: | December 06, 2024 |
| Reason Fingerprinted: | Adult Arrest |

## Arrest/Charge Information

Arrest Date: December 05, 2024 09:57 pm (21:57:00)

| | |
|---|---|
| Name: | EMORY BUTLER |
| Date of Birth: | September 25, 1989 |
| US Citizen: | |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Not Hispanic |
| Height: | 5' 11" |
| Weight: | 190 |
| Age at time of crime/arrest: | 35 |
| Address: | 196 AMBOY ST, BROOKLYN, NY 11212 |
| Fax Number: | K57347 |
| Place of Arrest: | NYCPD 75 |
| Arrest Type: | Unknown |
| Date of Crime: | December 05, 2024 |
| Place of Crime: | NYCPD 75 |
| Criminal Justice Tracking No.: | 70958749L |
| Arresting Agency: | NYCPD PCT 075 |
| Arresting Officer ID: | 968308 |
| Arrest Number: | K24672134 |
| Arraignment: | Kings County Criminal Court |

Arrest Charges:

-- Criminal Mischief 3rd: Damage Another Person's Property- Amount &gt; $250
  PL145.05   Sub 02            Class E       Felony         Degree 3    NCIC 2999
-- Resisting Arrest
  PL205.30                     Class A       Misdemeanor    Degree 0    NCIC 4801
-- Obstruct Governmental Administration-2nd Degree
  PL195.05                     Class A       Misdemeanor    Degree 2    NCIC 5099
-- Disorderly Conduct:Fight/Violent Behavior
  PL240.20   Sub 01                          Violation      Degree 0    NCIC 5311
-- Harassment-2nd Degree: Physical Contact
  PL240.26   Sub 01                          Violation      Degree 2    NCIC 7099

## ⊙ Transaction Status Information

Page 2 of 5                                                December 06, 2024 07:03:52 am

| Activity | Date/Time | Elapsed |
|---|---|---|
| Inquiry Transaction Received | December 06, 2024 06:57:46 am | |
| Crime Data Received | December 06, 2024 06:57:46 am | |
| Transaction Completed | December 06, 2024 07:03:50 am | 0 Hour(s) 6 Minute(s) |
| Rapsheet Produced | December 06, 2024 07:03:52 am | |

## ❶ NYS Criminal History Information



**Name:**
EMORY BUTLER          EMORY BULTER

**Date of Birth:**
September 25, 1989

**Place of Birth :**
New York        Unknown

Cycle 1
Arrest Date September 13, 2024

**Address:**
196 AMBOY ST, BROOKLYN, NY 11212
196 AMBOY STREET, BROOKLYN, NY

| Sex: | Race: | Ethnicity: | | Skin Tone: |
|---|---|---|---|---|
| Male | Black | Not Hispanic | | Medium / Medium |
| **Eye Color:** | **Hair Color:** | **Height:** | **Weight:** | |
| Unknown | Black | 5' 11" | 190 | |

**SSN:**
**NYSID#:**    **FBI#:**           **NCIC Classification#:**
16457165Z      CR5CKHLNC
**III Status:**   Criminal record in NYS only

**US Citizen:**

⬇ Cycle 2

### Arrest/Charge Information
Arrest Date: December 05, 2024 09:57 pm (21:57:00)

| | |
|---|---|
| Name: | EMORY BUTLER |
| Date of Birth: | September 25, 1989 |
| US Citizen: | |
| Sex: | Male |
| Race: | Black |
| Ethnicity: | Not Hispanic |
| Age at time of crime/arrest: | 35 |
| Address: | 196 AMBOY ST, BROOKLYN, NY 11212 |
| Fax Number: | K57347 |
| Place of Arrest: | NYCPD 75 |
| Arrest Type: | Unknown |
| Date of Crime: | December 05, 2024 |
| Place of Crime: | NYCPD 75 |
| Criminal Justice Tracking No.: | 70958749L |
| Arresting Agency: | NYCPD PCT 075 |
| Arresting Officer ID: | 968308 |
| Arrest Number: | K24672134 |
| Arraignment: | Kings County Criminal Court |

**Arrest Charges:**

-- Criminal Mischief 3rd: Damage Another Person's Property- Amount &gt; $250
  PL145.05    Sub 02                              Class E        Felony          Degree 3        NCIC 2999
-- Resisting Arrest
  PL205.30                                        Class A        Misdemeanor     Degree 0        NCIC 4801
-- Obstruct Governmental Administration-2nd Degree
  PL195.05                                        Class A        Misdemeanor     Degree 2        NCIC 5099
-- Disorderly Conduct:Fight/Violent Behavior
  PL240.20    Sub 01                                             Violation       Degree 0        NCIC 5311
-- Harassment-2nd Degree: Physical Contact
  PL240.26    Sub 01                                             Violation       Degree 2        NCIC 7099

**No Court Reported Information**

---

## Cycle 1 ⬆

### Arrest/Charge Information

Arrest Date: September 13, 2024 07:45 am (07:45:00)

| | |
|---|---|
| **Name:** | EMORY BULTER |
| **Date of Birth:** | September 25, 1989 |
| **US Citizen:** | |
| **Sex:** | Male |
| **Race:** | Black |
| **Ethnicity:** | Not Hispanic |
| **Age at time of crime/arrest:** | 34 |
| **Address:** | 196 AMBOY STREET, BROOKLYN, NY |
| **Fax Number:** | K42840 |
| **Place of Arrest:** | NYCPD 73 |
| **Arrest Type:** | Unknown |
| **Date of Crime:** | September 13, 2024 |
| **Place of Crime:** | NYCPD 73 |
| **Criminal Justice Tracking No.:** | 70859477J |
| **Arresting Agency:** | NYCPD PCT 073 |
| **Arresting Officer ID:** | 965301 |
| **Arrest Number:** | K24653977 |
| **Arraignment:** | Kings County Criminal Court |

**Arrest Charges:**

-- Assault 3rd Degree: With Intent To Cause Physical Injury
  PL120.00    Sub 01                              Class A        Misdemeanor     Degree 3        NCIC 1399

### Court Case Information

--**Court:** Kings County Criminal Court     **Case Number:** CR-038749-24KN

September 14, 2024
**Initial Report Of Docket Number**

September 14, 2024
**Arraigned**
-- Assault 3rd Degree: With Intent To Cause Physical Injury
  PL120.00    Sub 01                              Class A        Misdemeanor                     NCIC 1399
-- Attempted Assault 3rd Degree: With Intent To Cause Physical Injury
  PL120.00    Sub 01                              Class B        Misdemeanor                     NCIC 1399
-- Harassment-2nd Degree: Physical Contact
  PL240.26    Sub 01                                             Violation                       NCIC 7099

---

## ⊙ Other History Related Information ⬆

There is no Other History Related Information associated with this history.

---

## ⊙ Job/License Information ⬆

There is no Job/License Information associated with this history.

---

## ⊙ Wanted Information ⬆

## Missing Person Information

There is no NYS Missing Information associated with this history.

There is no NYS Wanted Information associated with this history.

## ⦿ Additional Information

**Sentencing** - Where an individual is sentenced June 1, 1981 or later on more than one charge within a docket, the sentence may be considered to be concurrent unless identified as consecutive.

**Courts Please Note:** Pursuant to CPL 160.40 (02) one copy of a fingerprint based rapsheet must be provided to the Defense Attorney.

**According to our files, this individual does not appear to have History in III. However this does not preclude the possibility that the FBI does have a record. If you desire this information, please submit a request directly to the FBI.**

**Summary Counts:** The Transaction data may also be included in a cycle in the rap. If it is included, information from the transaction will be used in calculating the Summary section. If it is not included in any of the cycles then the transaction information will not be part of the Summary section data.

**WARNING:** Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3789g(b).
This report is to be used for this one specific purpose as described in the Use and Dissemination Agreement your agency has on file with DCJS. **Destroy after use and request an updated rap sheet for subsequent needs.**
All information presented herein is as complete as the data furnished to DCJS.

New York State Division of Criminal Justice Services
Alfred E. Smith Building, 80 South Swan St.
Albany, New York 12210. Tel:1-800-262-DCJS
Michael C.Green, Executive Deputy Commissioner of the NYS Division of Criminal Justice Services

PVT George

# Defense Packet

2/4/2025

## ONLINE

## 12/05/2024 21:57:00 EST

**Arrest #**    **Defendant**
K24672134    BUTLER,EMORY




CR-051958-24KN

# Alerts Sheet

| Arrest ID: | K24672134 | Arrest Date: | 2024-12-05 | Arrest Time: | 21:57:00 |
|---|---|---|---|---|---|
| Name: | BUTLER, EMORY | Sex: | MALE | Race: | BLACK |
| NYSID: | 16457165Z | DOB: | 25-Sep-1989 | | |

## Charges:

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS |
|---|---|---|---|---|---|
| TOP | No | PL 1450502 | E | F | 0001 |
| | No | PL 2053000 | A | M | 0001 |
| | No | PL 1950500 | A | M | 0001 |
| | No | PL 2402001 | 0 | V | 0001 |
| | No | PL 2402601 | 0 | V | 0001 |

Additional Paperwork Received: No

Notes:
SUSPECT ICARD AS ALAS MITCHELL LAHMAU I2011012002 WITNESS ICARD I2022053515

PAA MANZANO 369296 12/06/24 1636HRS

## Warrants:

# CJA Pretrial Release Assessment

| | |
|---|---|
| **Name on NYSID/Arrest Report** Butler, Emory | **First Arrest** No |
| **NYSID** 16457165Z | **Arrest Charges (up to 4)** |
| **Age** 35   **Precinct** NYCPD 75 | 1. 145.05   2. 205.30 |
| **Sex** Male   **Arrest #** K24672134 | 3. 195.05   4. 240.20 |

| | | |
|---|---|---|
| **CJA Interview** | **Interview Date & Time** 12-06-24 06:50 PM | |
| | **Language & Service Type** English | |
| **Address** Yes | **Employed** Full-Time | **In School** No |
| 1567 E 108Th St, 6E | **Length of Employment** 7mos | **In Training Program** No |
| Brooklyn, NEW YORK 11236 | **Job/Position** Delivery | |
| **Phone** Yes | **Employer** Fedex | **In Treatment Program** None |
| 718-809-7307 | | |
| **Lives With** Mother | **Est. Monthly Net Income** $0.00 | |
| **Caretaker for Others** No | **Financial Support for Others** Yes | |
| **CJA Notes** | | |

## Release Assessment Scoring

| | Assessment Factors | Cycles Considered/Details | Points |
|---|---|---|---|
| | | All start with 25 points | 25 |
| A | Years since last bench warrant - N/A | No counted warrants from last 5 years | 0 |
| B | Two or more bench warrants in last five years - No | | 0 |
| C | Misdemeanor or felony convictions in last year - 0 | | 0 |
| D | Misdemeanor convictions in last three years - 0 | | 0 |
| E | Felony convictions in last ten years - 0 | | 0 |
| F | Pending cases - 1+ | Cycle: 1 (09-14-2024) | -3 |
| G | Years living at last two addresses - 3+ | Current Address: 3 Years / Prior Address: 1 Year | 0 |
| H | Reachable by phone - Yes | | 0 |

| * Indicates Potential Discrepancy | Total Score | **22 / 25** |
|---|---|---|
| | Of those released with this score | 87 out of 100 return for all required court appearances |

## Reappearance Score and Recommendation Key

| Score | 0-3 | 4-6 | 7-8 | 9-11 | 12-15 | 16-18 | 19-20 | 21-22 | 23-24 | 25 |
|---|---|---|---|---|---|---|---|---|---|---|
| Reappearance Rate (# out of 100) | 42 | 50 | 56 | 63 | 71 | 76 | 82 | 87 | 89 | 93 |
| Recommendation | ROR Not Recommended | | | | Misd ROR / NVF/VFO Consider all options | Misd/NVF ROR / VFO Consider all options | ROR | ROR | ROR | ROR |

## CJA Recommendation

ROR

12-06-