CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

v

EMORY BUTLER

POLICE OFFICER ZACHARY E CACHIA SHIELD NO. 12044, OF 075 COMMAND SAYS THAT ON OR ABOUT DECEMBER 05,2024 AT APPROXIMATELY 09:52 P.M. IN THE VICINITY OF 385 MONTAUK AVENUE, COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

PL 145.00(1)     CRIMINAL MISCHIEF IN THE FOURTH DEGREE
PL 195.05(01)    OBSTRUCTING GOVERNMENTAL ADMINISTRATION IN THE
                 SECOND DEGREE

IN THAT THE DEFENDANT DID:

HAVING NO RIGHT TO DO SO NOR ANY REASONABLE GROUND TO BELIEVE THAT THE DEFENDANT HAD SUCH RIGHT, INTENTIONALLY DAMAGE PROPERTY OF ANOTHER PERSON; INTENTIONALLY OBSTRUCT, IMPAIR OR PERVERT THE ADMINISTRATION OF LAW OR OTHER GOVERNMENTAL FUNCTION OR PREVENT OR ATTEMPT TO PREVENT A PUBLIC SERVANT FROM PERFORMING AN OFFICIAL FUNCTION, BY MEANS OF INTIMIDATION, PHYSICAL FORCE OR INTERFERENCE, OR BY MEANS OF ANY INDEPENDENTLY UNLAWFUL ACT, OR BY MEANS OF INTERFERING, WHETHER OR NOT PHYSICAL FORCE IS INVOLVED, WITH RADIO, TELEPHONE, TELEVISION OR OTHER TELECOMMUNICATIONS SYSTEMS OWNED OR OPERATED BY THE STATE, OR A COUNTY, CITY, TOWN, VILLAGE, FIRE DISTRICT OR EMERGENCY MEDICAL SERVICE OR BY MEANS OF RELEASING A DANGEROUS ANIMAL UNDER CIRCUMSTANCES EVINCING THE DEFENDANT'S INTENT THAT THE ANIMAL OBSTRUCT GOVERNMENTAL ADMINISTRATION.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT IS INFORMED BY POLICE OFFICER ANTHONY VARRONE, SHIELD 15385 OF THE 75TH COMMAND, THAT AT THE ABOVE TIME AND LOCATION, THE DEFENDANT BUMPED INTO OFFICER VARRONE, AND THAT THE DEFENDANT GRABBED OFFICER VARRONE'S CAMERA, CAUSING A PIECE OF THE CAMERA TO COME OFF, AND THAT OFFICER VARRONE WAS IN FULL POLICE UNIFORM AT THE ABOVE-MENTIONED TIME.

DEPONENT STATES THAT AS A NEW YORK CITY POLICE OFFICER, THE DEPONENT IS THE CUSTODIAN OF THE ABOVE-MENTIONED BODY WORN CAMERA, AND THAT THE DEFENDNAT HAD NEITHER PERMISSION NOR AUTHORITY TO DAMAGE THE ABOVE-MENTIONED CAMERA.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

12/6/24
DATE            SIGNATURE