UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ X

EMORY BUTLER,

                                                    Plaintiff,

                        -against-

THE CITY OF NEW YORK, POLICE OFFICER ANTHONY
VARONE, POLICE OFFICER ZACHARY E. CACHIA and
JOHN and JANE DOES (1-5) (employees of the New York
City Police Department not yet known),

                                                    Defendants.
------------------------------------------------------------------------------ X

**STIPULATION AND
ORDER OF DISMISSAL**

25 CV 2946 (BMC)

     **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.     The above-referenced action is hereby dismissed with prejudice; and

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
\2\2q_____, 2025

LAW OFFICES OF ABE GEORGE, P.C.
*Attorneys for Plaintiff Butler*
99 Wall Street, Suite 3404
New York, NY 10005
212-498-9803

By: _____
      Abraham M George
      *Attorney for Plaintiff*

MURIEL GOODE-TRUFANT
Corporation Counsel of the
      City of New York
*Attorney for Defendants City of New York,*
    *Varrone, and Cachia*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
      Jeffrey Noll
      *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. BRIAN M COGAN
UNITED STATES DISTRICT JUDGE

Dated: _____, 2025

2